BEFORE THE THIRD DIVISION, OCTOBER 15, 1952

**No. 56899.**—B. Shackman & Co. and S. Stern Henry & Co. et al. *v.* United States, protests 155966–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiffs was sustained.

**No. 56900.**—D. Stanley Corcoran, Inc. *v.* United States, protest 173714–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 56901.**—Samuel Hird & Sons, Inc. *v.* United States, protest 183257–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the correct weight of the merchandise was 20,032 pounds net, as reported by the surveyor in an amended return, the claim of the plaintiff was sustained.